**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  16-cv-00789-REB
(Bankruptcy No. 12-30251 TBM, Chapter 7))

IN RE:

REBECCA BRACE WINTERS,
     a/k/a Rebecca B. Winters,
     a/k/a Rebecca Winters,
     a/k/a Rebecca B. Winters, Attorney At Law,

     Debtor.

---

REBECCA BRACE WINTERS,
     a/k/a Rebecca B. Winters,
     a/k/a Rebecca Winters,
     a/k/a Rebecca B. Winters, Attorney At Law,

     Appellant,

v.

GLEN ASTINE, as Chapter 7 Trustee, and
THOMAS PLISKE,

     Appellees.

---

**ORDER ESTABLISHING BANKRUPTCY
APPEAL BRIEFING REQUIREMENTS**

---

**Blackburn, J.**

     This bankruptcy appeal was filed April 6, 2016.  The parties shall comply with Rule 8009 of the Federal Rules of Bankruptcy Procedure to ensure that the record on appeal is prepared properly and promptly.

     After the record on appeal is docketed in this court, the parties shall file their briefs under the schedule provided in Bankruptcy Rule 8018.  Any motion for extension

of these deadlines requires a showing of **good cause**, which must be established with **particularity**. The following **DO NOT** constitute good cause: agreement of counsel; inconvenience to counsel or the parties; press of business or a "heavy workload;" conflicts in scheduling (*a fortiori*, when more than one attorney has entered an appearance for a party); or practice as a solo practitioner.

All briefs shall comply with all requirements of Bankruptcy Rule 8015 concerning form, length, and all other matters. When referencing a trial exhibit, the parties shall attach a copy of the exhibit to their brief. If the court finds it necessary to have an original exhibit, it will issue an order.

Generally, all filings with the United States District Court for the District of Colorado must be made electronically on the case management and electronic case filing system (CM/ECF) of the court. The **Electronic Case Filing Procedures (Civil Cases)** of the court provide for some exceptions to the electronic filing requirement, including an exception for a party acting without an attorney. Those procedures are available on the website of the district court at http://www.cod.uscourts.gov and shall be followed.

The requirements above are so ordered.

Dated April 8, 2016, at Denver, Colorado.

                                               **BY THE COURT:**

                                               */s/ Robert E. Blackburn*
                                               Robert E. Blackburn
                                               United States District Judge